UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO VIOLANTE,<br><br>Defendant. | Case No.: 08cr4406<br><br>**ORDER RE: SUPPLEMENTAL BRIEFING** |

Before the Court is Defendant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. Defendant's motion challenges the legality of his conviction and sentence for violating 18 U.S.C. § 924(c)(1)(A)(ii).

On June 9, 2017, the Court entered an order staying consideration of Defendant's petition pending the Supreme Court's issuance of an opinion in Sessions v. Dimaya, No. 15-1498. (ECF No. 329.) On June 26, 2017, the Supreme Court restored Dimaya to the calendar for reargument. Since the oral argument calendar resumes in October 2017, placing Dimaya on the calendar for reargument means no decision will be issued until the Supreme Court's next term, which ends in June 2018.

The Court's stay order was based, in part, on the assumption that the

1

Supreme Court would be issuing a decision in <u>Dimaya</u> by the end of June 2017, such that the ensuing stay would be brief. The Court is considering vacating the stay and reaching the merits of Defendant's § 2255 motion.

Therefore, the parties are advised that they may submit supplemental briefs addressing their positions on the stay order and/or the merits of Defendant's motion. Any such supplemental briefs must be filed no later than **July 10, 2017**. The Court will thereafter issue a decision regarding continued imposition of the stay, and, if appropriate, the merits of Defendant's § 2255 petition.

IT IS SO ORDERED:

Dated: June 30, 2017

Barry Ted Moskowitz, Chief Judge
United States District Court